# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CATHERINE JOHNSON,

        Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

        Defendant.

Case No. 2:17-cv-02542-RFB-CWH

**SCHEDULING ORDER**

Presently before the court is the parties' proposed discovery plan and scheduling order (ECF No. 10), filed on November 15, 2017.

The parties request a discovery period of approximately 10 months from the date Defendant removed the case to this court, rather than the standard 180-day discovery period. But the parties do not include a statement justifying special scheduling review as required by Local Rule 26-1(a). The court therefore cannot evaluate whether special scheduling review is warranted in this case and will impose the standard 180-day discovery plan. Finally, the parties' proposed discovery plan does not contain the certifications required by Local Rule 26-1(b)(7)-(9). Within 14 days from the date of this order, the parties must meet and confer and file a notice including these certifications.

IT IS THEREFORE ORDERED that the parties' proposed discovery plan and scheduling order (ECF No. 10) is DENIED. The Clerk of Court is directed to enter the standard 180-day discovery plan, with dates measured from the date of removal as follows:

| | | |
|---|---|---|
| 1. | Discovery cutoff | **March 28, 2018** |
| 2. | Motions to amend pleadings and add parties | **December 28, 2017** |
| 3. | Expert designations | **January 29, 2018** |
| 4. | Rebuttal expert designations | **February 26, 2018** |
| 5. | Interim status report | **January 29, 2018** |
| 6. | Dispositive motions | **April 27, 2018** |

IT IS FURTHER ORDERED that if no dispositive motions have been filed within the time frame specified in this order, then the parties must file proposed joint pretrial order by **May 29, 2018**. If dispositive motions are filed, then the parties must file a proposed joint pretrial order within 30 days of the date the court enters a ruling on the dispositive motions.

IT IS FURTHER ORDERED that the parties must file a notice containing the Local Rule 26-1(b)(7)-(9) certifications within 14 days from the date of this order.

DATED: November 16, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**