| | |
|---|---|
| 1 | MICHAEL P. LOWRY, ESQ.<br>Nevada Bar No. 10666 |
| 2 | E-mail: Michael.Lowry@wilsonelser.com<br>MARK C. SEVERINO |
| 3 | Nevada Bar No. 14117<br>E-mail:  Mark.Severino@wilsonelser.com |
| 4 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>300 South Fourth Street, 11th Floor |
| 5 | Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401 |
| 6 | Attorneys for Costco Wholesale Corporation |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE JOHNSON,<br><br>        Plaintiff,<br>    v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-2542<br><br>**Stipulation and Order re Certain Elements of Damages** |

Catherine Johnson stipulates to dismiss her claim for damages alleging any lost of income or wages. She also stipulates to dismiss her claim for damages concerning any future medical care arising from the facts giving rise to this litigation. The parties will bear their own fees and costs for these claims. This stipulation has no effect upon any other aspect of this case.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Michael P. Lowry*<br>MICHAEL P. LOWRY, NV Bar #10666<br>MARK C. SEVERINO, NV Bar #14117<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Costco Wholesale Corporation | RUIZ LAW FIRM<br><br>*/s/ Lawrence M. Ruiz*<br>LAWRENCE M. RUIZ, NV Bar #11451<br>1055 Whitney Ranch Dr., Suite 110<br>Henderson, Nevada 89014<br>Tel: 702.850.1717/Fax: 702.850.1716<br>Attorneys for Catherine Johnson |
| GREENMAN, GOLDBERG, RABY & MARTINEZ<br><br>*/s/ Thomas W. Askeroth*<br>GABRIEL A. MARTINEZ, NV Bar #326<br>THOMAS W. ASKEROTH, NV Bar #11513<br>601 S. 9th St.<br>Las Vegas, Nevada 89101<br>Tel: 702.384.1616/Fax: 702.384.2992<br>Attorneys for Catherine Johnson | It is so ordered.<br><br>_____<br>RICHARD F. BOULWARE, II<br>United States District Judge<br><br>Dated: March 21, 2018. |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 19, 2018, I served **Stipulation and Order re Certain Elements of Damages**

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

| | |
|---|---|
| Gabriel A. Martinez, Esq.<br>Thomas W. Askeroth, Esq.<br>**GREENMAN, GOLDBERG, RABY & MARTINEZ**<br>601 South 9th Street<br>Las Vegas, NV 89101<br>(702) 384-1616; FAX: (702) 384-2992 | Lawrence M. Ruiz, Esq.<br>**RUIZ LAW FIRM**<br>1055 Whitney Ranch Drive, Suite 110<br>Henderson, NV 89014<br>(702) 850-1717; FAX: (702) 850-1716<br>*Attorneys for Plaintiff* |

BY __*/s/ Michael P. Lowry*_____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP