1  Jorge A. Ramirez
   Nevada Bar No. 6787
2  Mark C. Severino
   Nevada Bar No. 14117
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  jorge.ramirez@wilsonelser.com
   mark.severino@wilsonelser.com
6  *Attorneys for defendant Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE JOHNSON, | CASE NO: 2:17-cv-02542-RFB-CWJ |
| Plaintiff, | |
| v. | **JOINT MOTION/STIPULATION AND ORDER TO CONTINUE DISCOVERY AND PRETRIAL DEADLINES (SECOND REQUEST)** |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I-X, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

The above named parties, by and through their respective counsel of record, hereby move the court and submit the following STIPULATION/JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES (First Request).

**A.    DISCOVERY COMPLETED TO DATE**

1. On November 13, 2017, the parties held an initial rule 26(f) conference.
2. Costco served its Rule 26 Initial Disclosures on November 30, 2017.
3. Plaintiff served her initial disclosures on February 5, 2018.
4. On or about December 8, 2017, Costco propounded its first sets of Interrogatories, Document Requests, and Requests for Admissions onto the Plaintiff. Plaintiff provided responses to Costco's Requests for Admissions on January 10, 2018. Thereafter, plaintiff provided responses to Costco's Interrogatories and Document Requests on February 6, 2018.
5. On February 5, 2018, plaintiff served Costco with Interrogatories and Document Requests. Costco served it responses on April 19, 2018.

6. Plaintiff was deposed on February 27, 2018.

**B.  DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Deposition of plaintiff's treating physicians and/or anticipated medical experts.
2. Deposition of Costco's person most knowledgeable.
3. Possible deposition of percipient witnesses.
4. Parties anticipate designating multiple expert witnesses and conducting the depositions of the designated experts

**C.  REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED/CANNOT BE COMPLETED WITHIN CURRENT DISCOVERY DEADLINES**

1. Plaintiff was previously represented by Atty. Gabriel Martinez of Greenman, Goldberg, Raby & Martinez.
2. On January 9, 2018, Atty. Lawrence Ruiz associated in to represent the plaintiff. Atty. Ruiz took over primary responsibility for this case.
3. Since Atty. Ruiz took over, the parties have been diligently working to complete discovery.
4. Further, the parties have been diligently working to resolve this case short of trial. To that end, the parties have halted conducting discovery for a short while in lieu of trying to settle amicably.
5. The parties are requesting the current scheduling deadlines be enlarged to allow additionally settlement talks prior to expert disclosures and the expected expert depositions, which will allow the parties to save great expense and hopefully resolve this matter.

**D.  CURRENT DISCOVERY SCHEDULE**

| | |
|---|---|
| Disclose Initial Experts: | April 30, 2018 |
| Disclose Rebuttal Experts: | May 30, 2018 |
| Close of Discovery: | June 29, 2018 |
| Dispositive Motions: | July 30, 2018 |
| Pretrial Order: | August 30, 2018 |

E.  **PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| **Disclose Initial Experts:** | **June 29, 2018** |
| **Disclose Rebuttal Experts:** | **July 27, 2018** |
| **Close of Discovery:** | **August 31, 2018** |
| **Dispositive Motions:** | **September 28, 2018** |
| **Pretrial Order:** | **October 30, 2018** |

The instant stipulation/joint motion and order was not submitted at least twenty-one (21) days before the April 30, 2018 initial expert disclosure deadline because the need for the extension of the current discovery deadlines did not become absolutely apparent until after that time. Although the parties' intent was to honor and conduct discovery pursuant to the operative discovery deadlines, it appears improbable for the parties to complete the same for purposes of adequately prosecuting—and defending—the pertinent claims/issues during trial.

Accordingly, the instant joint motion and order to extend discovery for sixty (60) days is being submitted as soon as the failure to comply became apparent.

AGREED TO BY:

DATED this 19th day of April, 2018.    DATED this 19th day of April, 2018.

**RUIZ LAW FIRM**    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/Lawrence M. Ruiz    /s/Mark C. Severino
Lawrence M. Ruiz, Esq.    Jorge A. Ramirez
Nevada Bar No. 11451    Nevada Bar No. 6787
1055 Whitney Ranch Drive, Suite 110    Mark C. Severino, Esq.
Henderson, Nevada 89014    Nevada Bar No. 14117
Attorneys for Plaintiff    300 South 4th Street, 11th Floor
    Las Vegas, NV 89101
    Attorney for Costco Wholesale International

IT IS SO ORDERED.

Dated April 20, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**