Jorge A. Ramirez
Nevada Bar No. 6787
Mark C. Severino
Nevada Bar No. 14117
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
mark.severino@wilsonelser.com
jorge.ramirez@wilsonelser.com
*Attorneys for defendant Costco Wholesale Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02542-RFB-CWJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Catherine Johnson, and Defendant, Costco Wholesale Corporation, and each party's respective attorneys of record, that plaintiff's complaint against defendant Costco Wholesale Corporation and all causes of action contained therein, be dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

. . .

. . .

. . .

This stipulation is entered into in light of the recent settlement reached between the parties in this case, in good faith, in the interest of judicial economy and not for the purposes of delay.

AGREED TO BY:

DATED this 1st day of June, 2018.  DATED this 1st day of June, 2018.

**RUIZ LAW FIRM**  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ LAWRENCE M. RUIZ*  */s/ MARK C. SEVERINO*
Lawrence M. Ruiz, Esq.  Jorge A. Ramirez
Nevada Bar No. 11451  Nevada Bar No. 6787
1055 Whitney Ranch Drive, Suite 110  Mark C. Severino, Esq.
Henderson, Nevada 89014  Nevada Bar No. 14117
Attorneys for Plaintiff  300 South 4th Street, 11th Floor
 Las Vegas, NV 89101
 Attorney for Costco Wholesale Corp.

|     |     |
| --- | --- |
| 1   | *CASE NO: 2:17-cv-02542-RFB-CWJ* |

# ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that:

1) Plaintiffs' Complaint against Costco Wholesale Corp., CASE NO.: 2:17-cv-02542-RFB-CWJ, is hereby DISMISSED WITH PREJUDICE.

2) All parties shall bear their own fees and costs.

DATED this 4th day of __June__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: */s/ MARK C. SEVERINO*
Jorge A. Ramirez
Nevada Bar No.: 6787
Mark C. Severino
Nevada Bar No. 14117
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**